## Commonwealth *v.* Fields, Appellant.

Submitted September 11, 1972. *Mike Hanford* and *Jonathan Miller*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Maxine J. Stotland* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.